# United States District Court

## *Southern District of Georgia*

Victoria Hastings
Plaintiff

v.

Trellix Public Sector, LLC
Defendant

Case No. 1:26-cv-00182-JRH

Appearing on behalf of
Defendant
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 23rd day of September, 2026.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*****

NAME OF PETITIONER: Brandon A. Keaton

Business Address: K&L Gates LLP
Firm/Business Name

2828 N. Harwood Street
Street Address

| Street Address (con't) | City | State | Zip |
|---|---|---|---|
| Suite 1800 | Dallas | TX | 75201 |

n/a
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| | | | |

214-939-5622
Telephone Number (w/ area code)

Georgia Bar Number:

Email Address: Brandon.Keaton@klgates.com