# United States District Court

## *Southern District of Georgia*

Victoria Hastings,

Plaintiff

Case No. 1:26-cv-00182-JRH

v.

Trellix Public Sector, LLC,

Defendant

Appearing on behalf of

Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 23rd day of September, 2026.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*****

NAME OF PETITIONER: Brent D. Hockaday

Business Address: K&L Gates LLP

Firm/Business Name

2828 N. Harwood Street

Street Address

| Suite 1800 | Dallas | TX | 75201 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

N/a

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 214-939-5677 | N/a |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: Brent.Hockaday@klgates.com